UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
AT BOWLING GREEN

CIVIL ACTION NO. 1:10cv-00036-JHM

| | |
|---|---|
| **MAMMOTH RESOURCE PARTNERS, INC.** | **PLAINTIFF** |
| **PIONEER PROSPECT** | **INTERESTED PARTY** |
| **vs.** | |
| **PHOENIX DRILLING, INC.** | **DEFENDANT** |

## ORDER

A telephonic conference was conducted in this action on October 29, 2013, with the undersigned presiding. Participating in the conference was Mr. Kenneth A. Meredith, II, for the Plaintiff; Mr. Claude R. Bowles, Jr., for the Interested Party Pioneer Prospect; and Mr. David Eric Lycan for the Defendant. Counsel for the parties advised the Court they would be submitting an agreed order of dismissal in this action.

**IT IS ORDERED** that **no later than November 8, 2013**, counsel for the parties shall tender an agreed order of dismissal to the Court.

ENTERED this

Copies to:   Counsel of Record

0/10