UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
BOWLING GREEN DIVISION

CIVIL ACTION NO.: 1:10-CV-36-M

MAMMOTH RESOURCE PARTNERS, INC.                                PLAINTIFF

v.

PHOENIX DRILLING, INC., *et al.*                                        DEFENDANTS

### AGREED ORDER OF DISMISSAL

By agreement of the parties, Mammoth Resource Partners, Inc., Phoenix Drilling, Inc., and Pioneer Prospect, by counsel, and the Court being otherwise sufficiently advised,

IT IS HEREBY AGREED, ORDERED AND ADJUDGED that this action is DISMISSED WITH PREJUDICE.  Each party shall be responsible for its own costs and attorneys' fees.

Joseph H. McKinley, Jr., Chief Judge
United States District Court

November 19, 2013

**HAVE SEEN AND AGREED:**

*/s/ D. Eric Lycan (w/consent)*
D. Eric Lycan
Steptoe & Johnson PLLC
2525 Harrodsburg Road, Suite 300
Lexington, KY 40504
*Counsel for Phoenix Drilling, Inc.*

2

*/s/ C.R. Bowles, Jr.*
C.R. Bowles, Jr.
Bingham Greenebaum Doll LLP
3500 National City Tower
101 South Fifth Street
Louisville, KY 40202-3197
*Counsel for Pioneer Prospect*

14929750_1.docx